```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

ATLANTIC RECORDING CORP., SONY  )
BMG MUSIC ENTERTAINMENT, et     )
al.,                            )
                                )
            Plaintiffs,         )
                                )
      vs.                       )    No. 4:06-CV-1150 (CEJ)
                                )
BRAD WHITWORTH and BETHANY      )
WHITWORTH,                      )
                                )
            Defendants.         )

## ORDER

This case was filed on August 1, 2006. The record shows that service was achieved on defendants on August 18, 2006. Under Rule 12(a)(1)(A), Fed.R.Civ.P., defendants were required to file an answer or other responsive pleading within twenty days of being served with the complaint. Because defendants have failed to do so,

**IT IS HEREBY ORDERED** that plaintiffs shall, not later than **October 27, 2006**, file appropriate motions for entry of default and for default judgment against defendants Brad Whitworth and Bethany Whitworth, supported by all necessary affidavits and documentation.

Failure to comply with this order may result in the dismissal of this action without prejudice.

_Carol E. Jackson_
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 26th day of September, 2006.