```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                       EASTERN DIVISION
```

ATLANTIC RECORDING CORP., et )
al.,                         )
                             )
        Plaintiffs,           )
                             )
     vs.                     )   No. 4:06-CV-1150 (CEJ)
                             )
BRAD WHITWORTH and BETHANY   )
WHITWORTH,                   )
                             )
        Defendants.           )

## PERMANENT INJUNCTION

**IT IS HEREBY ORDERED** that plaintiffs' motion for a permanent injunction is **granted.**

**IT IS FURTHER ORDERED** that defendants Brad Whitworth and Bethany Whitworth, their agents, servants, employees and representatives, and all others acting in concert with them are hereby enjoined and restrained from directly infringing plaintiffs' rights in the following copyrighted sound recordings:

1. "No Remorse," on album *Adrenaline Rush*, by artist Twista (SR # 238-303).

2. "Missing You Now," on album *Time, Love & Tenderness*, by artist Michael Bolton (SR # 132-494);

3. "All I Need to Know," on album *All I Need to Know*, by artist Kenny Chesney (SR # 208-984);

4. "She's Got It All," on album *I Will Stand*, by artist Kenny Chesney (SR # 238-371);

5. "Growing Pains," on album *Word of Mouf*, by artist
   Ludacris (SR # 304-605);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by plaintiffs (or any parent, subsidiary, or affiliate record label of plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e. download) any of Plaintiffs' Recordings, to distribute (i.e. upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of plaintiffs. Defendants shall also destroy all copies of Plaintiffs' Recordings that defendants have downloaded onto any computer hard drive or server without plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in defendants' possession, custody, or control.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of November, 2006.